| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| | Amanda Seabock, Esq., SBN 289900 |
| 2 | Chris Carson, Esq., SBN 280048 |
| 3 | Dennis Price, Esq., SBN 279082 |
| | <u>8033 Linda Vista Road, Suite 200</u> |
| 4 | <u>San Diego, CA 92111</u> |
| | (858) 375-7385; (888) 422-5191 fax |
| 5 | amandas@potterhandy.com |
| 6 | Attorneys for Plaintiff |
| 7 | Richard Morin (SBN 285275) |
| | LAW OFFICE OF RICK MORIN, PC |
| 8 | 555 Capitol Mall Suite 750 |
| 9 | Sacramento, CA 95814-4508 |
| | Phone: (916) 333-2222 |
| 10 | Fax: (916) 273-8956 |
| | Email: legal@rickmorin.net |
| 11 | Attorney for Defendant |
| 12 | Lisa Kim Peters Westerinen and Ted's Village Pharmacy, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE, | Case No.: 3:19-CV-04372-JCS |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |
| v. | |
| LISA KIM PETERS WESTERINEN; TED'S VILLAGE PHARMACY, INC., a California Corporation; and Does 1-10, | |
| Defendants. | |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: December 8, 2019   CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff

Dated: December 8, 2019   LAW OFFICE OF RICK MORIN, PC

By: /s/ Richard Morin
Richard Morin
Attorney for Defendants
Lisa Kim Peters Westerinen and Ted's Village Pharmacy, Inc.

Dated: December 16, 2019



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Richard Morin, counsel for Lisa Kim Peters Westerinen and Ted's Village Pharmacy, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: December 8, 2019         CENTER FOR DISABILITY ACCESS

                                By: /s/ Amanda Lockhart Seabock
                                    Amanda Lockhart Seabock
                                    Attorneys for Plaintiff